IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-05-329-PCT-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Olin Ray Todechine, ) | |
| Defendant. ) | |

The court having reviewed Defendant's Motion to Modify Sentence and the government having no objection,

IT IS ORDERED modifying defendant's sentence to eliminate the requirement that defendant be placed on probation.

DATED this 12th day of December, 2005.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge